## United States Bankruptcy Court
### Central District of California

In re __Lincoln James Investment Properties, LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jared Scarth**, declare under penalty of perjury that I am the **Managing Member** of **Lincoln James Investment Properties, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said LLC at a special meeting duly called and held on the **30th** day of **August**, 20**17**.

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jared Scarth, Managing Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Jared Scarth, Managing Member** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Jared Scarth, Managing Member** of this LLC is authorized and directed to employ **Todd L. Turoci 160059**, attorney and the law firm of **THE TUROCI FIRM** to represent the LLC in such bankruptcy case."

Date __8/30/17__                                     Signed __/s/ Jared Scarth__

# Resolution
## of
### Lincoln James Investment Properties, LLC

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jared Scarth, Managing Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Jared Scarth, Managing Member** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Jared Scarth, Managing Member** of this LLC is authorized and directed to employ **Todd L. Turoci 160059**, attorney and the law firm of **THE TUROCI FIRM** to represent the LLC in such bankruptcy case.

Date  8/30/17                               Signed  [signature]

Date  _____                          Signed  _____