**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone: (888) 332-8362
Facsimile: (866) 762-0618
Email: mail@theturocifirm.com

Attorney for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>LINCOLN JAMES INVESTMENT PROPERTIES, LLC,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 6:17-bk-17285WJ<br><br>**SUPPLEMENTAL DECLARATION OF JARED SCARTH IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORITY TO EMPLOY THE TUROCI FIRM AS GENERAL BANKRUPTCY COUNSEL**<br><br>**Hearing:**<br>**DATE:** 11/28/2017<br>**TIME:** 2:00 p.m.<br>**CTRM:** Courtroom 304<br>US Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501 |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; and all other interested parties:

///

///

1  Attached hereto is a supplemental declaration of Jared Scarth explaining the source of
2  the retainer paid the he Turoci Firm.

3  Dated: November 15, 2017                              THE TUROCI FIRM

                                                By: _____
                                                    Todd Turoci
                                                    Attorney for Debtor in Possession
                                                    Lincoln James Investment
                                                    Properties, LLC.

# DECLARATION OF JARED SCARTH

I, Jared Scarth, declare and state as follows:

I am the sole owner and managing member of Lincoln James Investment Properties, LLC ("LJIP"), the debtor herein. I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto.

1. On or about August 28, 2017, I executed a retainer agreement with The Turoci Firm to represent LJIP in a voluntary chapter 11 bankruptcy proceeding.

2. On or about August 28, 2017, I paid $17,000 to The Turoci Firm as a retainer for its services in this chapter 11 proceeding. I understand that even though I paid the retainer personally, I am not the client and The Turoci Firm has no duty or responsibility to me personally.

3. I personally obtained the $17,000 through a loan from Western Star Financial, Inc., and I executed a deed of trust securing the loan on my personal residence.

4. The $17,000 was not a loan to LJIP but was capital contribution. As the sole owner of LJIP, it is in my best interests for LJIP to save the real property it owns because of the substantial equity in that property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/14/2017

Jared Scarth

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street.
Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF JARED SCARTH IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORITY TO EMPLOY THE TUROCI FIRM AS GENERAL BANKRUPTCY COUNSEL**
will be served or was served in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/16/2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Candace Carlyon**    ccarlyon@clarkhill.com, Crobertson@clarkhill.com;nrodriguez@clarkhill.com
   - **Everett L Green**    everett.l.green@usdoj.gov
   - **Richard A Rogan**    rrogan@jmbm.com, jb8@jmbm.com;to1@jmbm.com
   - **Todd L Turoci**    mail@theturocifirm.com
   - **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **11/16/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Wayne Johnson
USBC Riverside Division
3420 Twelfth Street, Suite 385
Riverside, CA 92501

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/16/2017 | Adela Salgado | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

9013-3.1.PROOF.SERVICE